**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2248**

ELVIS DAVID LEWIS,

        Petitioner,

    v.

ERIC H. HOLDER, JR., Attorney General,

        Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals

Submitted: June 18, 2010        Decided: July 8, 2010

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished per curiam opinion.

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner. Tony West, Assistant Attorney General, David V. Bernal, Assistant Director, Liza S. Murcia, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elvis David Lewis, a native and citizen of Grenada, seeks review of an order of the Board of Immigration Appeals (Board) denying his untimely motion to reopen. We have reviewed the administrative record and Lewis's contentions and find that we lack jurisdiction to review his claims. See 8 U.S.C. §§ 1252(a)(2)(C), (D) (2006); 8 U.S.C. § 1252(d)(1) (2006); Mosere v. Mukasey, 552 F.3d 397, 400-01 (4th Cir.), cert. denied, 130 S. Ct. 137 (2009). Accordingly, we dismiss the petition for review for the reasons stated by the Board. See In re: Lewis, (B.I.A. Sept. 30, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

DISMISSED